IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY,<br><br>Defendant. | 8:22CV417<br><br>**MEMORANDUM AND ORDER** |

Before the Court is Plaintiff's motion to proceed in forma pauperis. Filing No. 2. Plaintiff is employed and makes approximately $6,677.67.00 monthly, which she calculates to be $4,474.17 per month after taxes. Plaintiff lists monthly expenses of $2,472.51, which the Court finds would not impact her ability to pay the relatively modest filing fee associated with filing a claim in federal court. Therefore,

IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, Filing No. 2, is denied.

2. Plaintiff shall pay the $402.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in this matter being dismissed without prejudice and without further notice.

2

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **January 19, 2023**: deadline for Plaintiff to pay $402.00 filing fee.

Dated this 20th day of December, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court