IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>        Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY,<br><br>        Defendant. | 8:22-CV-417<br><br>ORDER |

IT IS ORDERED:

1. The plaintiff's motion to extend (filing 19) is granted.

2. The plaintiff may respond to the defendant's motion to dismiss (filing 16) on or before November 13, 2023.

3. The defendant may reply in support of his motion on or before November 20, 2023.

Dated this 25th day of September, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge