IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>         Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY,<br><br>         Defendant. | 8:22-CV-417<br><br>ORDER |

The plaintiff has moved to extend the time for her to respond to the defendant's reply brief in support of his motion to dismiss. Filing 23. The plaintiff's motion will be denied.

Under this Court's rules, the briefing on a motion to dismiss comprises the movant's initial brief, the opposing party's response brief, and the movant's reply brief. *See* NECivR 7.1. "No party may file further briefs or evidence without the court's leave." NECivR 7.1(c)(3).

The plaintiff is asking for more time to file a brief that she doesn't have permission to file in the first place. Any such brief, timely or untimely, would be stricken. Accordingly,

   IT IS ORDERED that the plaintiff's motion to extend (filing 23) is denied.

   Dated this 22nd day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge